IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cornelius R. Morant,

    Plaintiff,

:    Case No. 2:21-cv-5211

    -vs-                                    Judge Sarah D. Morrison
                                            Magistrate Judge Jolson

Vanessa Moyer, *et al.*,

:

    Defendants.

## **ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on December 16, 2021. (ECF No. 6). In that filing, the Magistrate Judge recommended that Plaintiff Cornelius Morant's action be dismissed in its entirety pursuant to 28 U.S.C. § § 1915(e)(2)(B) and 1915A. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 6) and **DISMISSES** Plaintiff's Complaint in its entirety. Further, the Court finds that any appeal in this matter by Plaintiff would not be taken in good faith, and that Plaintiff may not proceed on appeal *in forma pauperis*.

    **IT IS SO ORDERED.**

                                            /s/ Sarah D. Morrison
                                            **SARAH D. MORRISON**
                                            **UNITED STATES DISTRICT JUDGE**